Case 4:26-cv-05549-HSG   Document 13   Filed 06/17/26   Page 1 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California et al                ,

Plaintiff(s),

v.

United States Department of E     ,

Defendant(s).

Case No. 4:26-cv-05549-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kyla Duffy_____, an active member in good standing of the bar of

Rhode Island Supreme Court_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: State of Rhode Island_____ in the

above-entitled action. My local co-counsel in this case is Jesse P Basbaum_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 273333_____.

150 South Main St. Providence, RI 02903

MY ADDRESS OF RECORD

(401) 274-4440

MY TELEPHONE # OF RECORD

kduffy@riag.ri.gov

MY EMAIL ADDRESS OF RECORD

1515 Clay Street, Suite 2100 Oakland, CA  94612

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(917) 583-9625

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Jesse.Basbaum@doj.ca.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 10897_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one_____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/16/2026

Kyla Duffy
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Kyla Duffy  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  6/17/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



## Supreme Court of Rhode Island
### Providence

This Certifies that

# Kyla Duffy
of Providence, RI

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 29th day of October, 2024 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 15th day of June, 2026.

*Meredith Benoit*

Clerk