United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, E⊞ ,

Plaintiff(s),

v.

UNITED STATES DEPART⊞ ,

Defendant(s).

Case No. 26-CV-5549

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE: ORDER**
(CIVIL LOCAL RULE 11-3)

I, Aaron J. Bibb , an active member in good standing of the bar of Wisconsin Supreme Court , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Wisconsin in the above-entitled action. My local co-counsel in this case is Jesse Basbaum , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 273333 .

17 West Main Street, Madison, WI, 53703

MY ADDRESS OF RECORD

(608) 266-0810

MY TELEPHONE # OF RECORD

aaron.bibb@wisdoj.gov

MY EMAIL ADDRESS OF RECORD

1515 Clay St., Ste. 2100, Oakland, CA 94609

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(917) 583-9625

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jesse.basbaum@doj.ca.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1104662 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2026

Aaron J. Bibb
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Aaron J. Bibb  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  June 18, 2026

Haywood S. Gill Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2