BRETT A. SHUMATE
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch
DANA A. DUBOVIS (NYBAR 5219175)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 230-3278
Fax: (202) 616-8640
Dana.A.DuBovis@usdoj.gov

Attorneys for Defendants UNITED STATES DEPARTMENT OF EDUCATION, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, ET AL.,<br><br>Defendants. | Case No. 4:26-CV-05549<br><br>**STIPULATION AND PROPOSED SCHEDULE FOR DISPOSITIVE MOTIONS BRIEFING AND FILING OF THE ADMINISTRATIVE RECORD; ORDER** |

Pursuant to the Court's instructions at the Case Management Conference held on September 8, 2026, and the Court's Minute Order, Dkt. No. 26, the parties submit the following proposed schedule regarding the dates and deadlines discussed at the Case Management Conference.

1. Defendants shall file a copy of the administrative record by October 5, 2026;
2. Plaintiffs shall file a motion for summary judgment, pursuant to Civil L.R. 7-2 and Fed. R. Civ. P. 56, by November 2, 2026;
3. Defendants shall file their opposition to Plaintiffs' motion for summary judgment and

cross-motion to dismiss or, in the alternative, for summary judgment by November 30, 2026;

4. Plaintiffs shall file their opposition to Defendants' cross-motion and reply in support of Plaintiff's motion for summary judgment by December 21, 2026;

5. Defendants shall file their reply in support of their cross-motion to dismiss or, in the alternative, for summary judgment by January 11, 2027.

Defendants state that good cause exists to extend the deadline for production of the administrative record to October 5, 2026. With limited agency resources, the work of identifying, compiling, and reviewing the administrative record will be performed by a small team that is simultaneously supporting a significant number of other matters in litigation. Defendants request a short extension to October 5, 2026, to provide the agency sufficient time to conduct a thorough review.

DATED: September 11, 2026

Respectfully submitted,

MICHELLE R. BENNETT
Assistant Director

*/s/ Dana A. DuBovis*
DANA A. DUBOVIS
Trial Attorney

Attorneys for Defendants

DATED: September 11, 2026

**ROB BONTA**
Attorney General of California

*/s/ Elia Herrera*
ELIA HERRERA
Attorney for Plaintiff State of California

DATED: September 11, 2026

**PETER F. NERONHA**
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY
Attorney for Plaintiff State of Rhode Island

DATED: September 11, 2026

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Aaron J. Bibb*
AARON J. BIBB
Attorney for Plaintiff State of Wisconsin

**ATTESTATION**

I, Dana A. DuBovis, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(i)(3), I have obtained the concurrence in the filing of this document from Elia Herrera, Kyla Duffy, and Aaron Bibb.

*/s/ Dana A. DuBovis*
DANA A. DUBOVIS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The following schedule is established for the filing of the administrative record and dispositive motions briefing:

1. Defendants file a copy of the administrative record by October 5, 2026

2. Plaintiffs file their motion for summary judgment by November 2, 2026

3. Defendants file their opposition to Plaintiffs' summary judgment and cross-move to dismiss or, in the alternative, for summary judgment by November 30, 2026

4. Plaintiffs file their opposition to Defendants' cross-motion and reply in support of their motion for summary judgment by December 21, 2026

5. Defendants file their reply in support of their cross-motion to dismiss or, in the alternative, summary judgment by January 11, 2027.

Dated: 9/14/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge