ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
IRINA TRASOVAN
Supervising Deputy Attorneys General
JESSE BASBAUM (SBN 273333)
BEN CONWAY (SBN 246410)
ELIA HERRERA (SBN 293278)
EMILIA P. E. MORRIS (SBN 253681)
Deputy Attorneys General
300 S. Spring Street
Los Angeles, CA 90013
Telephone: (213) 269-6530
E-mail: Elia.Herrera@doj.ca.gov
*Attorneys for Plaintiff State of California*

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF RHODE ISLAND; AND STATE OF WISCONSIN,**<br><br>**Plaintiffs**,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF EDUCATION; AND LINDA MCMAHON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION,**<br><br>**Defendants.** | Case No. 4:26-cv-05549-HSG<br><br>**STIPULATION TO EXCEED PAGE LIMITATIONS; ORDER** |

The Parties in the above-captioned matter file this stipulation to exceed the page limitations in their forthcoming dispositive motions, pursuant to Local Rule 7-12. In support of this stipulation, the Parties state:

1. On September 14, 2026, the Court ordered the following deadlines for the Parties' forthcoming dispositive motions:
   a. Plaintiffs shall file a motion for summary judgment by November 2, 2026;
   b. Defendants shall file their opposition to Plaintiff's motion for summary judgment and cross-motion to dismiss or, in the alternative, for summary judgment by November 30, 2026;
   c. Plaintiffs shall file their opposition to Defendant's cross-motion and reply in support of Plaintiffs' motion for summary judgment by December 21, 2026; and
   d. Defendants shall file their reply in support of their cross-motion to dismiss or, in the alternative, for summary judgment by January 11, 2027.
2. Good cause exists for the Parties to exceed the page limitations set forth in Local Rules 7-2 and 7-3. This matter raises complex legal issues and involves multiple State plaintiffs and a detailed factual record. Additional pages will aid the Court in adjudicating the issues raised in the Parties' dispositive motions.
3. Accordingly, the Parties stipulate to the following page limitations:
   a. Each Parties' first brief, described in 1(a) and 1(b), may not exceed 35 pages; and
   b. Each Parties' second brief, described in 1(c) and 1(d), may not exceed 30 pages.

Respectfully submitted,

Dated: October 26, 2026

**ROB BONTA**
Attorney General of California

/s/ *Elia Herrera*
ELIA HERRERA
Attorney for Plaintiff State of California

Dated: October 26, 2026

**PETER F. NERONHA**
Attorney General of Rhode Island

/s/ *Kyla Duffy*
KYLA DUFFY*
Attorney for Plaintiff State of Rhode Island

Dated: October 26, 2026

**JOSHUA L. KAUL**
Attorney General of Wisconsin

/s/ *Aaron J. Bibb*
AARON J. BIBB*
Attorney for Plaintiff State of Wisconsin

Dated: October 26, 2026

**MICHELLE R. BENNETT**
Assistant Director

*/s/ Romil Devang Amin*
ROMIL DEVANG AMIN
Attorney for Defendants

*appearing *pro hac vice*

**ATTESTATION**

I, Elia Herrera, hereby attest under penalty of perjury that in compliance with Civil Local Rule 5-1(i)(3), I have obtained the concurrence in the filing of this document from Romil Amin, Kyla Duffy, and Aaron Bibb.

*/s/ Elia Herrera*

Elia Herrera

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The following page limitations shall apply to the Parties' forthcoming dispositive motions:

a. Each Parties' first brief, described in 1(a) and 1(b), may not exceed 35 pages; and

b. Each Parties' second brief, described in 1(c) and 1(d), may not exceed 30 pages.

DATED: 10/26/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge